UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMETRIUS JAMAL BROWN,

Plaintiff,

v.

UNKNOWN SOLORIO, et al.,

Defendants.
______________________________/

Case No. 1:25-cv-921

Hon. Hala Y. Jarbou

## ORDER

On October 13, 2026, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R&R) that the Court grant the remaining defendant's motion for summary judgment and dismiss the case. (R&R, ECF No. 26.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 26) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Solorio's motion for summary judgment (ECF No. 20) is **GRANTED**.

**IT IS FURTHER ORDERED** that Solorio is **DISMISSED WITH PREJUDICE** because Plaintiff Brown failed to establish a genuine dispute of material fact on the elements of his excessive force claim against Solorio and Solorio is entitled to qualified immunity.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal of this action would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

A judgment will enter consistent with this Order.

Dated: November 17, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE